# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SIVI HOEL, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>MARKETSOURCE, INC., (MARYLAND),<br><br>          Defendant. | Case No. 1:17-cv-05547-LMM |

## ORDER APPROVING SETTLEMENT
## AND DISMISSING LAWSUIT WITH PREJUDICE

This matter is before the Court upon the parties' Joint Motion for Approval of Settlement and Dismissal of the Lawsuit with Prejudice [18]. The Court held a hearing on the matter on July 10, 2018. The Court has considered the Joint Motion and the proposed settlement agreement entered into by the parties to this action, and it is **ORDERED** as follows:

The Court **STRIKES** the language "announce" in paragraph 7 as impermissibly frustrating the implementation of the FLSA. With the exception of the language stricken, the parties' proposed settlement agreement is fair and reasonable, and the Joint Motion for Approval of Proposed Settlement Agreement

and Entry of Judgment of Dismissal with Prejudice is **GRANTED.** This action is **DISMISSED WITH PREJUDICE.**

**DONE AND ORDERED** in this  11th  day of  July , 2018.

_____
UNITED STATES DISTRICT JUDGE